NUNC PRO TUNC
MAR - 7 2008

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

08CV0332 H(WMC)

Dear Clerk,

I am writing to notify you of an error of the Southern court of appeals sending an appeal for writ of habeas corpus to the "eastern district" in error of jurisdiction & time consumption of my amendment of claims in the "U.S. Southern" district court. The erroneous district number is 1:08-cv-00206-LJO-WMW with a habeas corpus #07-80200 on Ineffective Assistance of Counsel & Abuse of Discretion by trial Counsel on case #D046430. Also I notice that my supporting case law was in fact missing for the 2nd Time so I am again including the case law no more, no less to be included in my petition.

Thank You.

Mr. Cory L. Smith

RECEIVED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Continued Ground 6.(b) (IAC)

Bryant v. Scott 28 F.3d 1411, 1418 (5th cir. 1994)
Counsel sent no investigator + acted as not knowing whereabouts of Crystal Davis
Warner v. U.S. 975 F.2d 1207, 1211 (6th cir. 1992)
No objection to jury instructions is IAC
Kubat v. Thieret, 867 F.2d 351, 371 (7th cir.)
IAC when counsel failed to file appeal
U.S. Gipson, 985 F.2d 212, 215 16 (5th Cir. 1993)
U.S. v. Horodner, 993 F.2d 191, 195 (9th cir. 1996)
Matire v. Wainwright, 811 F.2d 1430, 1438 (11th cir 1987)
Chapman v. California (1967) 386 U.S. 18 17 L.Ed 2d. 705, 87 S. ct.
Gideon v. Wainwright (1963) 372 U.S. 335, 342, 345
People v. Cummings (1967) 255 Cal. App. 2d 341
Murray v. Carrier (1986) 477 U.S. 478, 496
U.S. v. Cronic (1984) 466 U.S. 648, 654, 655

**UNITED STATES DISTRICT COURT**
*Eastern District of California*
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, California 93721
(559) 499-5600

**Victoria C. Minor, Clerk**

# NOTICE

Case Number: 1:08-CV-206-LJO-WMW-HC

Case Name: ____________________

RE: Pleadings and/or Correspondence Received on 2/22/08; Document(s) returned herewith.

[ ] You must write your case number on all documents submitted to the court.

[ ] Paper documents intended to be filed with the court must be mailed to the Clerk of the Court. Original documents to be filed or lodged shall not be mailed to the chambers of a Judge. See Local Rule 5-133(d). All documents improperly mailed to a judge's chambers will be disregarded.

[ ] A document requesting a court order must be styled as a motion, not a letter. Letters to the judge will be disregarded. See F.R.C.P. 7.

[ ] All documents presented for filing or lodging must conform to Local Rules 5-133 and 7-130.

[ ] The Clerk's Office does not provide free copies of documents to parties. Copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For larger copy orders, contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800/842-2695, by Faxing a request to 559/486-4119, or by leaving a voice mail at 559/259-8544. **Please Note: In Forma Pauperis status does not include the cost of copies.**

[ ] The court requires an original plus one copy of most paper pleadings. See Local Rule 5-133(d). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed postage paid envelope. **Please Note: In Forma Pauperis status does not include the cost of postage.**

[ ] The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case. See Local Rule 83-183(b). If you have not submitted a document required in your case, the court will notify you.

[ ] The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

[ ] The Clerk cannot give any legal advice.

[ ] The court will notify you when it is time for service of process in your case.

[ ] Documents must be completed, organized and separated. It is not the responsibility of the Clerk's Office to separate and organize filings.

[ ] If you seek to file a document in multiple cases, you must submit a document bearing a single case number for each case separately.

[ ] Pursuant to Local Rules, discovery documents are not filed by the court.

[ ] Should you wish to amend your complaint or petition, you must submit a document entitled "Amended Complaint" or "Amended Petition". An amended document must be a document complete in itself, which replaces the previously-filed document. See Local Rule 15-220. The Clerk cannot add, remove, or replace pages of documents which are already filed.

Other: This case was transferred to the Southern District of California on 2/14/08. You will need to forward all documents to that court

DATE: 2/25/08 DEPUTY CLERK: [signature]