**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY LANCELIN SMITH, Petitioner, vs. A. HEDGPETH, Warden, et al., Respondents. | Civil No. 08cv0332-H (WMc) 07cv1339-H (PCL) **ORDER CONSOLIDATING CASES** |

On November 19, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the District Court for the Eastern District of California. On February 19, 2008, the Petition was transferred to this Court because Petitioner is challenging convictions in San Diego Superior Court Case Nos. SCD178070 and SCD182441. (See Pet. at 2.) The Petition was assigned SO. DIST. CA CIVIL CASE NO. 08CV0332-H (WMc).

Petitioner is currently proceeding with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court in SO. DIST. CA CIVIL CASE NO. 07CV1339-H, in which he is also challenging his convictions in San Diego Superior Court case Nos. SCD178070 and SCD182441. (See First Amended Petition filed 10/15/07 at p.1 [Doc. No. 5] in SO. DIST. CA CIVIL CASE NO. 07CV1339-H.)

Federal Rule of Civil Procedure 42 provides the Court with "broad discretion to order consolidation of actions presenting a common issue of law or fact . . ." Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984) (citing 9 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 2381 (2d ed. & Supp. 2000). Specifically, Rule 42 affords the Court "broad discretion" to consolidate cases pending in the same district either upon motion by a party or sua sponte. In re Adams Apple, Inc., 829 F.2d 1484, 1487 (9th Cir. 1987). The Court considers two factors in determining whether to consolidate cases. First, common questions of law and fact must exist to warrant consolidation. Bank of Montreal v. Eagle Associates, 117 F.R.D. 530, 532 (S.D.N.Y. 1987). Second, the interest of judicial convenience must outweigh any potential for delay, confusion and prejudice that may result from such consolidation. Id. at 532.

In both 07cv1339-H and 08cv0332-H Petitioner seeks to attack the same criminal convictions and sentence, and the cases involve the same parties and call for the same determinations of fact and law. The First Amended Petition in 07cv1339-H presents claims relating to trial court errors. (See First Amended Petition filed 10/15/07 at p. at 6-8 [Doc. No. 5] in SO. DIST. CA CIVIL CASE NO. 07CV1339-H.) Respondent filed an Answer to that Petition on March 7, 2008. (See Answer filed 3/7/08 [Doc. No. 14] in SO. DIST. CA CIVIL CASE NO. 07CV1339-H.) The Petition in 08cv0332-H adds claims for ineffective assistance of counsel and abuse of discretion in sentencing. (See Petition filed 2/19/08 at p. 3-4 [Doc. No. 1] in SO. DIST. CA CIVIL CASE NO. 08CV0332-H.) Accordingly, because consolidation of the cases would serve to fairly expedite the resolution of these cases without causing confusion, prejudice or delay, the Court hereby **ORDERS:**

(1) Case numbers 07cv1339-H (PCL) and 08cv0332-H (WMc) shall be consolidated under one case number, 07cv1339-H (PCL);

(2) the First Amended Petition in case numbers 07cv1339-H (PCL) and the Petition in 08cv0332-H (WMc) shall be consolidated into one Petition under one case number, 07cv1339-H (PCL);

/ / /

(3) Respondent shall file a supplemental Answer in case number 07cv1339-H (PCL) within forty-five (45) days of the date this Order is filed, addressing the new claims raised by Petitioner;

(4) Petitioner may file a Traverse within thirty (30) days of being served with Respondent's supplemental Answer; and

(5) Case No. 08cv0332-H shall be closed; and

(6) The parties shall use Case No. 07cv1339 H (PCL) in all future filings.

DATED: March 28, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.