# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 28, 2008

Attention counsel and pro se litigants:

RE: 08cv0332-H(WMc), Smith v. Hedgpeth

You are hereby notified that as of March 28, 2008, case 08cv0332-H(WMc) was consolidated with lead case 07cv1339-H(PCL). The new case number for the above case is 07cv1339-H(PCL). Please include the lead case number on all further filings. ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 07cv1339-H(PCL).

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/V.Trujillo
Deputy Clerk

cc: Clerk
Appropriate Courtroom Clerk
Chambers